# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ANNE L. MEDLEY,

           Plaintiff,

v.

FIRST HORIZON, NATIONSTAR, and METLIFE,

           Defendants.

Case No. 16-CV-1715-JPS

**ORDER**

      On December 28, 2016, Plaintiff filed this action *pro se*, and the matter was assigned to Magistrate Judge David E. Jones. (Docket #1). Defendants First Horizon and Nationstar have entered appearances in this action, but Defendant Metlife has not. On June 26, 2017, Magistrate Jones directed Plaintiff to provide evidence of service on Defendant Metlife. When she failed to do so, Magistrate Jones issued a report and recommendation to this Court that Defendant Metlife be dismissed from this action. (Docket #20); *Coleman v. Labor & Indus. Review Comm'n*, No. 15-3254, 2017 U.S. App. LEXIS 10721, at *1–2 (7th Cir. 2017) (a district judge is required to actually dismiss a defendant without full consent to magistrate judge jurisdiction from all parties). Magistrate Jones' recommendation was issued on July 28, 2017. *Id.*

      Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), any written objections to that recommendation, or any part thereof, were to be filed within fourteen days of the date of service of the recommendation. To date, no party has filed

such an objection. The Court has considered Magistrate Jones' recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones' report and recommendation (Docket #20) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that Defendant Metlife be and the same is hereby **DISMISSED** from this action.

Dated at Milwaukee, Wisconsin, this 15th day of August, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge